_____

No. 95-3076MN
_____

Glenwood Lee,                        *
                                     *
            Appellant,               *
                                     *   Appeal from the United States
     v.                              *   District Court for the District
                                     *   of Minnesota.
Shirley S. Chater, Commissioner      *
of Social Security                   *           [UNPUBLISHED]
Administration,  *
                                     *
            Appellee.                *
                              _____

                    Submitted:  August 7, 1996

                     Filed:  September 5, 1996
                              _____

Before FAGG, WOLLMAN, and MAGILL, Circuit Judges.
                              _____


PER CURIAM.


     Glenwood Lee appeals the district court's grant of summary judgment
affirming the Commissioner's decision to deny Lee's application for
supplemental security income benefits.  After careful review of the
arguments raised on appeal and the administrative record, we conclude the
administrative law judge properly assessed the opinions of Lee's treating
physician, correctly applied the analysis under Polaski v. Heckler, 739
F.2d 1320, 1322 (8th Cir. 1984), adequately addressed Lee's functional
limitations supported by substantial evidence, and submitted an appropriate
hypothetical question to the vocational expert.  We find the administrative
law judge's decision is supported by the record as a whole and thus we
affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.